✓# 110 #129531

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2011 MAY 27 PM 2: 3[?]
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

| | | |
|---|---|---|
| In re: | ) | Case Number: 09-35619 |
| Jeffrey A. Barrett, | ) | Chapter 7 |
| Debtor. | ) | JUDGE MARY ANN WHIPPLE |

## REPORT OF DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned Trustee of the above-named bankrupt, do hereby report that attached is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

Check number 110 in the amount of $8.21 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Respectfully submitted,

May 24, 2011

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129

Date: 05/24/11                                Page: 1

# DIVIDENDS REMITTED TO THE COURT
Check Number 110 Dated 05/24/11
Case Number 09-35619 - BARRETT, JEFFREY A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **COLUMBIA GAS OF OHIO**<br>200 CIVIC CENTER DRIVE, 11TH FLOOR<br>COLUMBUS, OHIO 43215<br>    17596002-001-1<br>    FINAL DISTRIBUTION | 000002 | 288.81 | 1.55 |
| **RECOVERY MANAGEMENT SYSTEMS CORPORATION**<br>FOR GE MONEY BANK<br>DBA WALMART<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131<br>    FINAL DISTRIBUTION - ****1462 | 000003 | 631.19 | 3.38 |
| **PYOD LLC ITS SUCCESSORS AND ASSIGNS**<br>AS ASSIGNEE OF CITIBANK<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602-<br>    FINAL DISTRIBUTION - ****9878 | 000006 | 613.73 | 3.28 |
| ---------- Remittance Total ---------- | | 1,533.73 | 8.21 |

/s/ Louis J. Yoppolo
LOUIS J. YOPPOLO, Trustee

Printed: 05/24/11 08:10 AM    Ver: 16.02b